UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER M. DOTTOLO,

                             Plaintiff,

v.

BYRNE DAIRY, INC., NICK MARSELLA, Individually and
in his capacity as Vice President of Operations, KEVIN J.
SUTTON, Individually and in his capacity as Warehouse
Manager, and BRANDON COOK, Individually and in his
capacity as Supervisor,

                             Defendants.

Civil Action No.
5:08-CV-390
(GTS/ATB)

*U.S. DISTRICT COURT - N.D. OF N.Y.*
**FILED**
AUG 20 2010
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiff in the above-captioned action and the attorneys of record for all of the Defendants, that no party hereto is an infant or incompetent, that Defendant Kevin J. Sutton may be dismissed from this action with prejudice, each party to bear its own costs and attorneys fees.

Dated: August 17, 2010

HANCOCK & ESTABROOK, LLP

_____
John T. McCann
Bar Roll No. 102148
Attorneys for Defendants
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13202
Tel. (315) 471-3151

O'HARA, O'CONNELL & CIOTOLI

_____
Timothy A. Collins
Bar Roll No. 512843
Attorneys for Plaintiff
7207 East Genesee Street
Fayetteville, New York 13066
Tel. (315) 451-3810

IT IS SO ORDERED:

_____
Hon. Andrew T. Baxter
U. S. Magistrate Judge
Dated: August 20, 2010
       Syracuse, NY