UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER M. DOTTOLO,

                                 Plaintiff,

                                                                                                Civil Action No.
v.                                                                        5:08-CV-390
                                                                                      (GTS/ATB)

BYRNE DAIRY, INC., NICK MARSELLA, Individually and
in his capacity as Vice President of Operations, KEVIN J.
SUTTON, Individually and in his capacity as Warehouse
Manager, and BRANDON COOK, Individually and in his
capacity as Supervisor,

                                 Defendants.

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all of the parties to the above-captioned action, that no party hereto is an infant or incompetent, that this action may be dismissed with prejudice, each party to bear its own costs and attorneys fees.

Dated: January 10, 2011

HANCOCK & ESTABROOK, LLP                  O'HARA, O'CONNELL & CIOTOLI

_/s/ John T. McCann_                                      _/s/ Timothy A. Collins_

John T. McCann                                              Timothy A. Collins
Bar Roll No. 102148                                      Bar Roll No. 512843
Attorneys for Defendants                            Attorneys for Plaintiff
1500 AXA Tower I                                         7207 East Genesee Street
100 Madison Street                                       Fayetteville, New York 13066
Syracuse, New York 13202                         Tel. (315) 451-3810
Tel. (315) 471-3151

IT IS SO ORDERED:

_/s/ Andrew T. Baxter_
Andrew T. Baxter
U.S. Magistrate Judge
Dated: _1/18/2011_
       Syracuse, NY